GIERKE, Chief Judge
(concurring):
I concur with the lead opinion that merely failing to intervene when one may have a duty to do so does not make one culpable as an aider and abettor.
I further agree with the conclusion of the lead opinion that Article 77 liability may attach if the failure to intervene is intended to and actually does aid or encourage the perpetrator.
The lead opinion concludes that the providence inquiry fails to establish Appellant’s intent to aid the perpetrator. I concur fully in that conclusion.
The concurring opinion of Judge Effron concludes that the providence inquiry fails to establish that Appellant’s inaction actually did encourage the perpetrator. I write separately only to indicate that I agree with Judge Effron, who has provided an additional reason why Appellant’s plea is improvident.